UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AIYETORO A. HOLMES, | Case No. 18-CV-0155 (PJS/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| MEGAN REMARK; ELIZABETH V. CUTTER; MELISSA W.; EMILY JOHNSON PIPER; ELIZABETH BELTAOS; and KENEN OMBASA, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED:**

1. This matter is DISMISSED WITHOUT PREJUDICE.

2. The application to proceed *in forma pauperis* of plaintiff Aiyetoro A. Holmes [ECF Nos. 4 & 5] is DENIED.

3. The remaining motions [ECF Nos. 5-9, 11-13] is DENIED WITHOUT PREJUDICE.

Dated: April 9, 2018         *s/Patrick J. Schiltz*
                             Patrick J. Schiltz
                             U.S. District Judge